ACCEPTED
06-14-00097-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 5:30:37 PM
DEBBIE AUTREY
CLERK

## NO.   06-14-00097-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | |
| **VS.** | § | **6th COURT** | |
| | § | | |
| **WILLIE FRANK JACKSON** | § | **OF APPEALS** | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

1/28/2015 5:30:37 PM

DEBBIE AUTREY
Clerk

## <u>MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF 2nd</u>

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Willie Frank Jackson, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 354TH Judicial District Court of Hunt County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. Willie Frank Jackson</u>, and numbered 29,295.

3.      Appellant was convicted of Aggravated Robbery, with a Deadly Weapon.

4.      Appellant was assessed a sentence of 90 years on May 14, 2014.

5.      Notice of appeal was given on May 14, 2014.

6.      The clerk's record was filed on September 10, 2014; the reporter's

record was filed on November 25, 2014.

7.    The appellate brief is presently due on January 28, 2015.

8.    Appellant requests an extension of time of 30 days from the present date.

9.    One extension to file the brief has been received in this cause.

10.    Defendant is currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney, Jason A. Duff has begun a review the several volumes in the reporter's record and the clerk's record the record; however, Appellant's counsel requests additional time to sufficiently develop the arguments material to the brief.

Additionally, Counsel was out of state from January 1, 2015 through January 6, 2015.

Counsel was set on a special setting for trial in Cause No 80,371, *In the Interest of K.L.M.* in the 196th District Court; Hunt County Child Protection Court for Northeast Texas #2 on January 21 and 22, 2015.

Counsel was just appointed on *In the Interest of N.G.J.* Appellate Cause No. 06-14-00083-CV, an accelerated appeal, and is working quickly to become acquainted with the parties and issues of that case.

Counsel is also appointed in:

*Garza v. State* Appellate Cause numbers 06-14-00088-CR through 06-14-00093, and filed multiple briefs relating to that case December 22, 2014,

Counsel is appointed in *Semaj Milan Yrnah Smith v. State, Appellate Cause No. 06-14-00158-CR* and filed a brief on December 23, 2014,

*Young v. State* Appellate Cause number 06-14-00086-CR and filed a brief also due on January 12, 2015,

*Donny Joe Curry v. State* Appellate Cause numbers 06-14-00139-CR thru 06-14-00142-CR and filed a brief on January 20, 2015.

AND

*Grubbs v. State* Appellate Cause numbers 06-14-00116-CR & 06-14-00117-CR and is awaiting the Reporter's record.


Counsel prepared for and represented his clients in an Adversarial hearings in Hunt County Child Protection Court for Northeast Texas #2 on January 23, 2014 in nine separate cases.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Jason A. Duff
2615 Lee St
P.O. Box 11
Greenville, TX 75403
Tel: 903.455.1991
Fax: 903.455.1417

By:   */s/ Jason A. Duff*
    Jason A. Duff
    State Bar No. 24059696
    jasonaduff@hotmail.com
    Attorney for Willie Frank Jackson

## CERTIFICATE OF SERVICE

This is to certify that on January 28, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, by electronic filing system.

    */s/ Jason A. Duff*
Jason A. Duff